UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNAIM AZTOUTA, | No. 1:26-cv-0500 DAD AC |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, a self-represented immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Petitioner has also requested the appointment of counsel. ECF No. 4. There currently exists no absolute right to appointment of counsel in habeas proceedings. Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A(a)(2) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." As set forth by prior orders, petitioner has established a likelihood of success on the merits and has been granted a preliminary injunction. ECF No. 11. The court has also ordered an answer/return to the petition within 180 days, and a reply/traverse, if any, within 60 days of being served a copy of

1

respondents' answer/return.  ECF No. 13.  The court therefore does not find that the interests of justice would be served by the appointment of counsel at the present time and the motion will be denied without prejudice to renewal at a later date.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

2. Petitioner's motion to appoint counsel (ECF No. 4) is DENIED without prejudice.

DATED: January 27, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2